UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
_____

| | |
|---|---|
| SYLVIA J. CARR AND MICHAEL G. CARR, | Civil No. 09-3480 (JRT/JJK) |
| Plaintiffs, | |
| v. | **ORDER OF DISMISSAL WITHOUT PREJUDICE** |
| BREG, INC., *et al.*, | |
| Defendants. | |

_____

This matter came before this Court upon the Stipulation for Dismissal Without Prejudice of Defendant Advanced Infusion, Inc., filed by the parties on July 16, 2010 [Docket No. 44].

**IT IS HEREBY ORDERED** that Defendant Advanced Infusion, Inc. is **DISMISSED WITHOUT PREJUDICE** and without costs or disbursements to any party.

DATED: July 20, 2010
at Minneapolis, Minnesota.

              ___ s/ John R. Tunheim ___
                JOHN R. TUNHEIM
               United States District Judge