# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA
_____

| | |
|---|---|
| SYLVIA J. CARR AND MICHAEL G. CARR, | Civil No. 09-3480 (JRT/JJK) |
| Plaintiffs, | **ORDER** |
| v. | |
| BREG, INC., *et al.*, | |
| Defendants. | |

_____

This matter came before this Court upon the Joint Stipulation of Voluntary Dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A)9ii), filed September 3, 2010 [Docket No. 79].

Based upon all the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that Plaintiff's claims in the above-captioned case be and are hereby dismissed as to Defendant LMA North America, Inc.

DATED: September 4, 2010
at Minneapolis, Minnesota.
                                                     s/ John R. Tunheim
                                                     JOHN R. TUNHEIM
                                                  United States District Judge